## Commonwealth *v.* Oliver, Appellant.

Argued December 10, 1971. *Richard C. Snelbaker,* with him *Martson and Snelbaker,* for appellant; *Edgar B. Bayley,* First Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.